RE: Banks v. Paris Acid Attack

9/21/17

To the Clerk,

Enclosed please find my Motion under 50 USC § 1806(f) to disclose FISA electronic surveillance. Under 50 USC § 1806(f) since this is just a Motion and not an Action/Complaint etc no filing fee is required.

In addition I'm an American Indian all rules, regulations, statutes and constitutional provisions as well as treaties are liberally construed in favor of Indians See <u>Davey v. United States</u> citing <u>Choate v. Trapp</u>

Respectfully submitted,

Frederick Banks

Hamilton Brown, LLP
www.facebook.com/hamiltonbrownfirm
Vampire Nation
www.facebook.com/hexandthecity

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Frederick Banks,
    movant,
  v.
                                    Case No.
PARIS ACID ATTACK;
Boston Globe; Boston
College Office of International
Studies; Nick Gozik, Director;
Emmanuel Macron, President
of France; France; Marseille
France Prosecutor's Office;
Mike Pompeo, Director of
Central Intelligence; Central
Intelligence Agency,
    Respondents.

MOTION TO DISCLOSE FISA Electronic Surveillance Pursuant to 50 USC § 1806(f) AND NOTICE

Movant Frederick Banks moves the Court to issue an order disclosing FISA (Foreign Intelligence Surveillance Act) electronic surveillance pursuant to 50 USC § 1806(f) and notice and alleges as follows:

1. Movant seeks FISA electronic surveillance under 50 USC § 1806(f) on the parties, victims and defendant surrounding the Acid attack in Marseille France on three US citizens that were in a study abroad program at Boston College and a perpetrator a French national that allegedly had a history of mental illness. Movant also invokes Fed. R. Civ. Proc. 26.

2. Movant alleges that the attack carries with it the footprints of the Central Intelligence Agency's "Telepathic Behavior Modification" program and CIA "Telepathy research" see Unclassified documents at www.foia.cia.gov

3. Disclosure under FISA is an issue of public concern and is necessary to determine the legality of the surveillance. At a bare minimum the court should see if there was indeed FISA and if so was the French actor manipulated into performing the acts by the CIA. If movants allegations

are proven he is entitled to relief. Since the FISA is completely untraceable the only way to prove what is alleged is by the Court following the procedures in 50 USC 1806(f) as it must. If CIA officials are using intelligence resources to attack U.S. citizens there needs to be an investigation into this.

4. Movant also alleges that no filing fee is required to file this motion under 50 USC § 1806(f). Accordingly, the foregoing motion should be granted.

WHEREFORE, The Motion to Disclose FISA electronic surveillance should be granted along with all requested and warranted relief. An evidentiary hearing should be ordered.

Respectfully submitted,

Frederick Banks
#05711-068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505
MOVANT

Hamilton Brown, LLP
www.facebook.com/hamiltonbrownfirm

Vampire Nation
www.facebook.com/hexandthecity