UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREDERICK BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 17-11906-WGY |
| | ) | |
| PARIS ACCID ATTACK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

YOUNG, D.J.                                                        March 21, 2018

On October 2, 2017, Frederick Banks, who is a federal pretrial detainee currently detained in Youngstown, Ohio, filed a motion under 50 U.S.C. § 1806(f) for the disclosure of electronic surveillance material concerning the "Paris Acid Attack" that occurred in Marseille, France. He alleges that "the attack carries with it the footprints of the Central Intelligence Agency's 'Telepathic Behavior Modification' program and CIA 'Telepathy research'" and that "[d]isclosure under FISA [Foreign Intelligence Surveillance Act] is an issue of public concern and is necessary to determine the legality of the surveillance." Mot. ¶¶ 2, 3.

The motion is DENIED. Banks is not an "aggrieved person" within the meaning of FISA. See 50 U.S.C. § 1801(k) ("'Aggrieved person' means a person who is the target of an

electronic surveillance or any other person whose communications or activities were subject to electronic surveillance.").

The Clerk shall enter an order closing this action.

SO ORDERED.

                                                <u>/s/ William G. Young</u>
                                                WILLIAM G. YOUNG
                                                UNITED STATES DISTRICT JUDGE